United States Court of Appeals
FOR THE EIGHTH CIRCUIT

_____

No. 97-1587SD
_____

United States of America,            *
                                     *
            Appellee,                *      Appeal from the United States
                                     *      District Court for the District
      v.                             *      of South Dakota.
                                     *
Eugene P. Kent,                      *            [UNPUBLISHED]
                                     *
            Appellant.               *

_____

Submitted:  October 20, 1997
Filed:  October 30, 1997

_____

Before FAGG, WOLLMAN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

      Eugene P. Kent appeals his conviction for mail fraud and the sentence imposed by the district court.  Kent raises several contentions related to the sufficiency of the evidence to support the jury's verdict, the district court's denial of Kent's motion for new trial, and the district court's loss calculations and refusal to depart downward under the sentencing guidelines.  Because the appeal involves a straightforward application of settled principles of law, a discussion of the issues will serve no useful purpose.  We thus affirm Kent's conviction and sentence without an extended opinion.  See 8th Cir. R. 47B.

A true copy.

Attest:

        CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.